AUSA:      Davin Reust        Telephone:  (313) 226-0206
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:      Seth Williams, DOL-OIG        Telephone:  (313) 442-3367

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

v.

Terrence Quincy-Thomas Ward

Case No.

Case: 2:25−mj−30050
Assigned To : Unassigned
Assign. Date : 2/10/2025
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2020 through January, 2025___ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§§ 1028 (a)(1), (a)(2), (c)(3)(A), (f) | production and transfer of false identification documents |
| 18 U.S.C. § 1028(f) | conspiracy |
| 18 U.S.C. § 1028A | aggravated identity theft |
| 18 U.S.C. § 1343 | wire fraud |
| 18 U.S.C. § 1349 | attempt and conspiracy |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Seth Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date:  February 7, 2025

City and state:  Ann Arbor, MI

David R.Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Seth Williams, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent of the U.S. Department of Labor, Office of Inspector General, Office of Investigations - Labor Racketeering and Fraud ("DOL-OIG/OI-LRF") and have been so employed since October 2022. I am currently assigned to several task forces including the Federal Bureau of Investigation ("FBI") Detroit Fraud & Financial Crimes Task Force ("DFFACT") and the Homeland Security Investigations ("HSI") Document and Benefit Fraud Task Force ("DBFTF"). I have conducted numerous investigations involving identity theft, financial, and unemployment insurance fraud schemes. I have graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. Prior to becoming a Special Agent with DOL-OIG, I was employed as a United States Park Ranger in the Law Enforcement and Emergency Services division of the National Park Service for approximately seven years, where

I conducted criminal investigations into a wide variety of federal, state, and local violations of law.

2.     During my time at the DOL-OIG, I have conducted investigations into criminal violations of both Title 29 and Title 18 of the United States Code. Since joining DOL-OIG, I have been either the lead agent or supporting agent on several investigations involving criminal schemes targeting banks and financial institutions through the use of personally identifiable information ("PII") obtained from identity theft victims, or from synthetic identifications that were fraudulently manufactured. Based on my direct personal experience with these cases, I have become familiar with the methods that criminals use to attack and exploit financial institutions as well as the criminals' reliance on the use of cellular phones, computers, email, and other internet or online tools and systems to facilitate that fraud.

3.     I make this affidavit based upon personal involvement in the subject criminal investigation, including review of the following: financial records, cellular phone service provider records, and information and evidence from search warrants in this investigation. I have also been provided with information from other law enforcement agents and officials,

including agents and officials from HSI, the Internal Revenue Service - Criminal Investigation ("IRS-CI"). This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## EXECUTIVE SUMMARY

4.      Department of Labor – Office of Inspector General ("DOL-OIG"), Homeland Security Investigations ("HSI"), Internal Revenue Service – Criminal Investigations ("IRS-CI"), United States Postal Inspection Service ("USPIS"), and the United States Attorney's Office ("USAO") are investigating Terrence Quincy-Thomas **WARD** for illegal activities. There is evidence that **WARD** has illegally manufactured and sold fraudulent identification documents, some of which utilized the stolen PII of identity theft victims (in violation of 18 U.S.C. §§ 1028(a)(1), (a)(2), and (c)(3)(A) and 1028A), in addition to committing wire fraud (in violation of 18 U.S.C. § 1343) and conspiring with others to commit those offenses (in violation of 18 U.S.C. §§ 1028(f) and 1349) .

5.      On March 1, 2023, agents executed a federal search warrant on a residence known to be associated with **WARD**. The search yielded a

substantial amount of evidence including tools and supplies necessary to manufacture a variety of identification documents.

6.     On February 5, 2024, **WARD** was arrested by Royal Oak, Michigan Police Department ("Royal Oak PD") after fleeing a traffic stop. A search of **WARD**'s vehicle and his passenger, who was also arrested, revealed evidence of possession of fraudulent identification documents.

7.     A separate federal investigation into a third party revealed communications between the individual and **WARD**. These communications also uncovered evidence that **WARD** was engaged in the ongoing manufacture and sale of fraudulent identification documents in calendar years 2022 and 2023.

## PROBABLE CAUSE

### MARCH 2023 SEARCH WARRANT EXECUTION AT 13XXX ASBURY PARK

8.     From November-December of 2022, Customs and Border Protection ("CBP") Officers in Cincinnati, OH and Chicago, IL intercepted several parcels shipped from China that were enroute to addresses in Detroit, MI. The parcels contained fraudulent ID manufacturing contraband including blank PVC cards and laminate sheets that bore security features similar to those on the official driver's licenses for the States of Michigan

and Pennsylvania. The case was referred to officials from HSI. Through their investigation, HSI identified one of the intended recipient addresses of the intercepted parcels as 13XXX Asbury Park, Detroit, MI 48227 ("13XXX Asbury Park"). An open-source database search revealed that 13XXX Asbury Park is owned by company "NJ Management, LLC." According to the Michigan Department of Licensing and Regulatory Affairs, the registered agent for NJ Management, LLC is **WARD**.

9.     On February 24, 2023, agents obtained a federal search warrant for 13XXX Asbury Park, issued by U.S. Magistrate Judge David R. Grand. On March 1, 2023, agents from HSI and DOL-OIG executed the search warrant at 13XXX Asbury Park. As a result of this search, a significant amount of evidence was seized pertaining to fraudulent identification manufacturing (see Images 1 and 2 below taken during the search of 13XXX Asbury Park).

10.    Items seized from this residence include:

a. 116 identification cards and/or print outs of identification cards. At least one card bore the image of Terrence **WARD**, but with the name and date of birth of another individual.

b. 14 Social Security cards along with blank card stock.

c. 945 blank plastic cards characteristic of the size, shape, and material of identification cards or financial transaction device cards.

d. 21 debit and/or credit cards in the names of individuals other than **WARD**.

e. 194 checks in the names of individuals other than **WARD**.

f. Multiple printers and card making devices.

**Image 1**



**Image 2**



<u>Evidence Obtained from Separate Investigation</u>

11.    During a *separate* mail theft, check fraud, and unemployment insurance fraud investigation, agents from DOL-OIG executed a search warrant at the residence of subject "J.W." During the search, a cellular phone belonging to J.W. was seized. A subsequent search of the forensic extraction of that phone revealed text message conversations between J.W. and **WARD** regarding the manufacture and sale of fraudulent identification documents.

12.     From approximately May 18, 2020 – October 18, 2023, J.W. maintained an on-going text message conversation related to various fraud schemes, inclusive of fraudulent identification manufacturing, with the user of phone number (313) 205-7560. The contact name listed for this number is "Nuddy."[1]  Subscriber records provided by T-Mobile revealed that phone number (313) 205-7560 is assigned to **WARD**. Throughout the conversation, J.W. repeatedly arranges to purchase fraudulent identification documents from **WARD**. Several examples of these conversations are described below:

13.     February 21, 2022 - **WARD** and J.W. appear to discuss illegal identification document manufacturing:

    a.  J.W. – "You got em?"

    b.  **WARD** – "Faces?" [Slang for ID's]

    c.  J.W. – "Yea Michigan."

    d.  **WARD** – "Should be here tomorrow."

14.     May 24, 2022 – J.W. asks if s/he can purchase fraudulent manufactured driver's licenses from **WARD**:

    a.  J.W. – "Can you give me D's [driver's licenses] same day?

---

[1] Agents know **WARD** to go by the street name alias of "Nuddy Jugg."

b. **WARD** – "Yea 300 dame day."

c. J.W. – "Send me a good pic of how they look."

15.    September 6, 2022, J.W. asks:

a. J.W. – "How much fa [SIC] GA ID?"

16.    September 13, 2022 – J.W. sends **WARD** the following information as part of a request for a fraudulent identification (redacted for privacy):

a. J.W. – "S*** T**** H*******, 1XX Hunt Club St., Savannah, GA, Birth Date Oct XX, 993, Eyes: bro, Height 5'8", Weight 165, GA DL." (attached to this message is a headshot photograph of an unknown individual)

b. **WARD** – "Bet" [meaning "Ok"].

c. J.W. – "Need SSC [Social Security Card] & Second forum [SIC] too."

d. **WARD** – "Did you want same day or next?"

e. J.W. – "Same."

f. **WARD** – "Bet… You want a cc [credit card] an ssn too right?"

g. J.W. – "Yeah."

h. **WARD** – "What's the numbers for the ssn card… ID done too."

17.    February 23, 2023 – J.W. sends another head shot photograph of another unknown individual and places another identification order with **WARD**, this time for a Michigan driver's license (redacted for privacy):

  a. "P****** E***** R*****, Height 5'7, Weight: 196, DOB: 04/XX/1998, 7XXX weigand Blvd, centerline mi 48015... Michigan... Send cashapp... Need tomorrow... How much again?"

  b. **WARD** – "200 for you... Send screenshot after payment."

  c. J.W. – "I like seeing you win bitch I don't need no discounts... I will pay a stranger what he want so why wouldn't I pay you the same it's a mind thing lol black people." (attached to this message is a screenshot of a payment for $230 to a Cashapp account controlled by **WARD**").

  d. J.W. – "When the DL uh [SIC] be ready?"

  e. **WARD** – "Man the transformer blew up last night the power out in the whole area... I got to grab a generator for my lab later. I can have it tonight."

18.     February 24, 2023, **WARD** sends a photo to J.W. of the completed fraudulent MI driver's license, which combines the picture of the unknown individual and the identifying information provided by J.W.

February 5, 2024, Arrest of **WARD** by Royal Oak Police Department

19.     On February 5, 2024, **WARD** and his passenger, "T.J.", were pulled over by Royal Oak Police Officers for speeding and only having one working headlight. During the traffic stop, **WARD** fled from officers on foot and was later discovered to be hiding at a nearby residence, on the roof of the garage. After **WARD** fled the traffic stop, his passenger T.J. also fled the traffic stop on foot and was located by officers as s/he was entering a nearby Walgreens. Both subjects were arrested.

20.     When officers located T.J., they observed him/her drop a large number of gift cards and identification cards, with different individuals' names and photos on them, onto the ground behind a concrete pillar. When confronted about the cards, T.J. informed officers that after **WARD** had fled from officers, he began sending him/her text messages instructing him/her to "grab the cards and IDs from the vehicle." T.J. complied with **WARD**'s request and then attempted to flee the scene.

21.     A search of both subjects and the vehicle, which was registered to **WARD**, revealed evidence of fraudulent identification document manufacturing. Evidence located during these searches includes but is not limited to:

    a. 30 suspected fraudulent driver's licenses from the States of New Jersey, Michigan, California, Pennsylvania, Florida, Ohio, and Tennessee;

    b. Six suspected fraudulent social security cards; and credit/debit cards in the names of individuals other than **WARD** and T.J.;

    c. Receipts from purchases earlier that same evening using at least one of the credit cards in another individual's name.

22.     Once back at the Royal Oak Police Station, detectives conducted an in-custody interview of T.J., who waived their Miranda rights and agreed to answer questions. T.J. admitted that s/he participated in an identity theft conspiracy with **WARD**, who s/he knows by the moniker "Nuddy." T.J. admitted that his/her cell phone contained evidence of communications with **WARD**. T.J. reviewed a text thread on his/her cell phone between his/herself and **WARD**. The cellular number associated with **WARD**'s device was the same T-Mobile number identified as being assigned to

**WARD**, (313) 205-7560.  The text thread, and explanations of the text thread provided by T.J., revealed that **WARD** directed T.J. to purchase high end jewelry, purchase gift cards, and attempt ATM cash withdrawals using financial accounts that **WARD** controlled and had obtained through fraudulent means. T.J. admitted that s/he obtained a fake identification and fraudulent financial transaction device from **WARD**. T.J. said **WARD** paid him/her $1,000 for participating in this scheme.

Evidence of Aggravated Identity Theft

Capital One Victim, K.H.

23.    Among the evidence seized by Royal Oak PD on February 5, 2024, was a fraudulent New Jersey driver's license in the name, DOB, and listing the residential address of K.H., a real person. Agents utilized a law enforcement database to compare K.H.'s real New Jersey driver's license with that of the fraudulent one. This review revealed that the photo on the fraudulent driver's license depicted a different individual than K.H. Additionally, the driver's license number itself was not on record with the state of New Jersey, however the name, DOB, and address matched that of K.H.

24.     In addition to the fraudulent driver's license, officers also recovered a Capital One Quicksilver Mastercard ending in #8645 in the name of K.H. This was one of five total Capital One credit cards in **WARD**'s possession at the time of his arrest. In addition to the actual credit cards there was also matching mail correspondence from Capital One addressed to several of the cardholders, including K.H. Hand-written at the top of the piece of mail addressed to K.H. was K.H.'s full DOB and SSN.

25.     Furthermore, officers also recovered three receipts totaling approximately $2,044.44 in purchases at Metro Detroit CVS locations, all of which occurred earlier the same night of **WARD**'s arrest. The card in K.H.'s name ending in #8645 was listed as the form of payment on all three receipts.

26.     According to information provided by Capital One, the bank's servers that concurrently process credit card transactions are located in Virginia and Oregon, thus the transactions conducted utilizing the Capital One card ending in #8645 constitute interstate wire communications.

27.     On November 13, 2024, I spoke with K.H., who confirmed s/he was a victim of identity theft. K.H. confirmed that they reported several fraudulent transactions from CVS stores in Michigan to Capital One earlier

this year. K.H. stated that s/he did not give anyone permission to open any new Capital One credit cards in their name, nor did s/he authorize any of these transactions.

<u>Search of **WARD**'s Apple iCloud Account</u>

28.     While in custody at Royal Oak PD, law enforcement officials handed **WARD** his cell phone for him to enter the passcode and unlock the phone. Instead, **WARD** initiated a shutdown of the device and physically resisted law enforcement's attempts to retrieve the phone from his hands. The shutdown of the device triggered additional security factors in the device, thereby hindering law enforcement's ability to access its contents. Royal Oak PD subsequently obtained a search warrant for **WARD**'s iCloud account that was linked to the device.

29.     On November 20, 2024, DOL-OIG agents obtained a federal search warrant issued by U.S. Magistrate Judge David R. Grand in order to search the forensic extraction of **WARD**'s Apple iCloud account obtained by Royal Oak PD.

30.     The search of **WARD**'s iCloud account extraction revealed an extensive amount of evidence pertaining to the manufacture and sale of fraudulent identifications by **WARD**. This includes over 1,000 images,

videos, notes, and text message conversations that were identified as evidentiary. Several examples of these photos are listed below.

31.     An image (dated August 31, 2022, at approximately 10:09am) of fraudulent AZ, CA, and TX driver's licenses. The same individuals' photos appear on multiple licenses (see Image 3 below, redacted for privacy).

**Image 3**



32.     An image (dated August 1, 2022, at approximately 8:45am) of what appears to be two fraudulent Social Security Cards (see Image 4 below, redacted for privacy).

**Image 4**



33.     An image (dated April 12, 2022, at approximately 9:21am) of a "Fraud Fighter" counterfeit ID detection device with a UV light (see Image 5 below).

**Image 5**



34.    An image (dated March 19, 2022, at approximately 3:49pm) of what appears to be a fraudulent MI driver's license being created on a computer (see Image 6 below, redacted for privacy).

**Image 6**



## Capital One Financial Investigation and Continued Fraud

35.    Agents reached out to the Capital One Financial Corporation Investigations Department and provided them with the information from the five Capital One credit cards that were recovered from **WARD**'s possession by Royal Oak PD on February 5, 2024.

36.    Capital One investigators identified that these five cards had been activated by four separate phone numbers, including phone number (313) 918-4553.

37.    According to a law enforcement database, phone number (313) 918-4553 is assigned to a Google Voice account in **WARD**'s name. Additionally, a review of **WARD**'s Apple iCloud account revealed that this phone number was utilized to access the iCloud account beginning as early as June 27, 2019.

38.    Capital One's investigation further revealed that from January 6, 2020, to January 21, 2025, the four phone numbers that were utilized to activate the five cards in **WARD**'s possession were utilized to either activate or otherwise access approximately 205 total Capital One credit card accounts on 562 occasions. Of these 562 occasions, **WARD**'s Google Voice phone number (313) 918-4553 was the identified call number on 282

occasions. In total, **WARD**'s Google Voice phone number was used to activate or access 107 Capital One credit card accounts during this time frame.

39.     Furthermore, Capital One identified approximately 158 unique individual account holders associated with these 205 accounts, from 9 separate states to include Connecticut, Florida, Georgia, Missouri, New Hampshire, New Jersey, New York, Oklahoma, and Texas.

40.     Capital One investigators advised that part of what allowed this particular fraud scheme to successfully overcome Capital One fraud defenses, is that the bad actor/s utilized fraudulent identifications to bypass the security systems and lift fraud holds from the accounts. The identifications that were submitted were in the names and PII of the account holders.

41.     Capital one provided images of several of the fraudulent identifications that were utilized to bypass security systems and agents recognized **WARD**'s own photograph on two of the identifications.

42.     Image 7 below is of a fraudulent FL identification in the name of victim L.T., a real person. The photograph on the identification is of

**WARD**. Image 8 below is **WARD**'s MI driver's license photo for comparison.

**Image 7** (PII Redacted for Privacy)

**Image 8**

43.     Image 9 below is of a fraudulent OH identification in the name of victim J.T., a real person. The photograph on the identification is, again, **WARD**.

**Image 9** (Redacted for Privacy)



44.     From March 30, 2023, to January 16, 2025, Capital One confirmed approximately 384 fraudulent transactions from 91 separate accounts that were accessed by **WARD**'s phone number or one of the three additional numbers tied to the cards that were found in **WARD**'s

possession. One these transactions, approximately 257 were conducted at businesses in and around Metro Detroit. Capital One's total fraud loss amount on these transactions is approximately $211,499.66

<u>Capital One Victim, T.S.</u>

45.    On January 29, 2025, Capital One provided agents with a list of the 10 most recent transactions that were identified as being fraudulent. These 10 transactions were all completed with Capital One credit card ending in #4726, which is assigned to a Capital One account in the name of T.S., a real person.

46.    On December 31, 2024, this card was activated by **WARD**'s Google Voice phone number (313) 918-4553.

47.    Agents obtained security footage from Chuck-E-Cheese located in Troy, MI of two transactions that both took place on the same day the card was activated, December 31, 2024. The transactions utilized the Capital One credit card in T.S.'s name for a total purchase amount of $39.96. Based on the security footage and a comparison of known photos of **WARD**, I determined the individual in the security footage to be **WARD**.

48.    Images 10 and 11 below are of **WARD** conducing the transactions at Chuck-E-Cheese on December 31, 2024.

**Image 10**



**Image 11**



49.     Agents obtained security footage from Riviera Cinema located
in Farmington Hills, MI of two transactions that both took place on January
4, 2025. These transactions utilized the Capital One credit card in T.S.'s
name for a total purchase amount of $48.77. Based on the security footage
and comparison of known photos of **WARD**, I determined the individual in
the security footage to, again, be **WARD**.

50.     Images 12 and 13 below are of **WARD** conducting the
transaction at Riveria Cinema on January 4, 2025.

**Image 12**



**Image 13**



51.     On January 9, 2025, T.S. called Capital One and reported the fraudulent transactions on their credit card ending in #4726. T.S. reported that s/he had never received this card in the mail and that all of the transactions on the card since the time of its activation were fraudulent.

## <u>CONCLUSION</u>

52.     Based on the forgoing, there is probable cause to believe that Terrence **WARD** has engaged in the production and transfer of false identification documents in violation of 18 U.S.C. § 1028(a)(1), (a)(2) and (c)(3)(A), conspired to do so in violation of 18 U.S.C. § 1028(f), has

-27-

committed aggravated identity theft in violation of 18 U.S.C. § 1028A, committed wire fraud in violation of 18 U.S.C. § 1343, and conspired to commit wire fraud in violation of 18 U.S.C. § 1349.

Respectfully submitted,

Seth K.H. Williams
Special Agent
U.S. Department of Labor
Office of Inspector General

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 7, 2025

David R. Grand
United States Magistrate Judge

-28-