UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

TERRENCE QUINCY-THOMAS WARD,

    Defendant.
_____/

Case: 2:26−cr−20124
Assigned To : Hood, Denise Page
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/4/2026
Description: USA V WARD (MRS)

Offenses:
Ct. 1: Wire Fraud Conspiracy
Ct. 2: Aggravated Identity Theft

## INFORMATION

The United States Attorney charges:

### COUNT ONE
18 U.S.C. § 1349
*Conspiracy to Commit Wire Fraud*

1. Beginning in or about January 2020, and continuing through in or around January 2025, in the Eastern District of Michigan, Southern Division, the defendant, Terrence Quincy-Thomas Ward, and others known and unknown to the United States Attorney, did knowingly, intentionally, and voluntarily combine, conspire, confederate, and agree to commit wire fraud. That is, defendant and his co-conspirators, with the intent to defraud, knowingly devised and executed a scheme and artifice to defraud and obtain

-1-

money and property by means of materially false and fraudulent pretenses and representations.

2.     The purpose of the scheme and artifice to defraud was for the defendants to unlawfully obtain credit and debit cards in the name and personal identifying information of other people.

3.     As a part of the scheme and artifice, members of the conspiracy also created fake identifying documents, including driver's licenses and social security cards in the names of other people.

4.     As a part of the scheme and artifice, members of the conspiracy also used those debit and credit cards to obtain goods and services to which they were not entitled. The use of those debit and credit cards caused the transmission of writings, signals, and sounds by means of wire communication in interstate commerce.

5.     In total, members of the conspiracy obtained goods and services valued in excess of $200,000 to which they were not lawfully entitled.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
18 U.S.C. § 1028A(a)(1)
*Aggravated Identity Theft*

6. The allegations contained in paragraphs 1-5 are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

7. On or about February 5, 2024, the defendant, Terrence Quincy-Thomas Ward, did knowingly possess, use, and transfer, without lawful authority, one or more means of identification of another person—that is, the name, date of birth, and social security number of K.H.—during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Conspiracy to Commit Wire Fraud identified in Count One, in violation of 18 U.S.C. § 1349, knowing that the means of identification belong to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c)

1. The above allegations contained in this Information are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

2. As a result of the violations of 18 U.S.C. § 1349, as set forth in this Information, upon conviction, Defendant shall forfeit to the United States any property, real or personal, constituting, or derived from, proceeds defendant obtained directly or indirectly, as the result of his violations of 18 U.S.C. § 1349.

3. <u>Money Judgment</u>: Such property includes, but is not limited to, a forfeiture money judgment in the amount of $200,696.84, representing the total value of the property subject to forfeiture for Defendant's violations, as alleged in this Information.

4. <u>Substitute Assets:</u> If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek to forfeit any other property of the Defendant up to the value of the forfeitable property described above.

JEROME F. GORGON JR.
United States Attorney

_____
JOHN NEAL
Chief, Anti-Corruption Unit

_____
DAVIN M. REUST
Assistant United States Attorney

Dated: March 4, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number | 2:26−cr−20124 |
|---|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | **AUSA's Initials:**  D.M.R. |

**Case Title:** USA v. TERRENCE QUINCY-THOMAS WARD

**County where offense occurred :** Wayne County

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-MJ-30050    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 3, 2026
Date

/s/Davin M. Resut
Davin M. Reust
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9100
E-Mail address: Davin.reust@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.